IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY JOSEPH LETIZIA,

    Plaintiff,

v.                                    CASE NO. 4:11-cv-00039-MP -WCS

RYAN BERRY, CLAUDE CAMPBELL, DAVID GARCIA, GLENN GILBERT, MARC MICALE, ROBERT OLESON, OSCEOLA COUNTY SHERIFF DEPT,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends transfer of this action to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings. No party has objected and the time for doing so has passed.

All of the Defendants are employed with the Osceola County Sheriff's Office in Kissimmee, Florida. Doc. 1 at 2. The events at issue took place in Osceola County where Plaintiff alleges unlawful, excessive force was used against him during an "undercover reverse sting operation." *Id.* Because Osceola County is located in the Middle District of Florida, as are each of the Defendants, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the Middle District of Florida, Orlando Division. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

2. This case is TRANSFERRED to the United States District Court for the Middle District of Florida, Orlando Division.

**DONE AND ORDERED** this <u> 3rd</u> day of March, 2011

<u>      *s/Maurice M. Paul*       </u>

Maurice M. Paul, Senior District Judge